950

No. 96–313. PRUITT v. NATIONAL CASUALTY INSURANCE CO. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 96–339. BROWN GROUP, INC., DBA BROWN SHOE CO. v. AARON ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–348. COTTER & CO. v. ILLINOIS PROPERTY TAX APPEAL BOARD ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–362. CAMPBELL v. MCCARTHY BROTHERS CO./CLARK BRIDGE, AS OWNER PRO HAC VICE OF BARGE #AEB1. C. A. 7th Cir. Certiorari denied.

No. 96–384. WYSHAK v. AMERICAN SAVINGS BANK, F. A., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–398. LUCRE, INC. v. GIBSON COUNTY. Ct. App. Ind. Certiorari denied.

No. 96–424. GARZA v. WEEKLEY, MAYOR, CITY OF SAN BENITO. C. A. 5th Cir. Certiorari denied.

No. 96–439. BLALOCK ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–442. MORA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–445. VEBELIUNAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–446. WILKERSON v. ROSWELL LINCOLN MERCURY, INC., ET AL. Ct. App. Ga. Certiorari denied.

No. 96–449. JOHNSTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–453. BUCHANAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BUCHANAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.